# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| W44 | F5441350 | Hart, C | 6165 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 04/26/2025
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 261.15(i)

Place of Offense: Squaw Basin turnout

Offense Description: Factual Basis for Charge — HAZMAT ☐
Failure to display State of Wyoming user fee decal

### DEFENDANT INFORMATION
Last Name: Nelson
First Name: Nicholas
MI: W

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the ___ F ___ District of _____

APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 75.00 Forfeiture Amount
+ $30 Processing Fee
$ 105.00 Total Collateral Due

PAY THIS AMOUNT AT → www.cvb.uscourts.gov

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

X Defendant Signature: [signed]

Original - CVB Copy
*F5441350*
FS-5300-4 (1/2021)